# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>                Plaintiff,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>                Defendants. | Case No.: 1:24-cv-01088-CMH-WEF |

## PLAINTIFF ROADGET BUSINESS PTE. LTD.'S EXPEDITED
## MOTION TO EXTEND AND MODIFY TEMPORARY RESTRAINING ORDER

Plaintiff Roadget Business Pte. Ltd. ("Roadget") by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 65(b), respectfully moves for an order to extend and modify the Temporary Restraining Order ("TRO" or "Order") issued by this Court on July 8, 2024 (ECF 25). Roadget requests a fourteen-day extension of the TRO and continuation of the preliminary injunction hearing to August 2, 2024.

Additionally, Roadget requests that the TRO be modified to include a freeze of the assets identified to Roadget to date.

Plaintiff's counsel has conferred with counsel for Defendant seller alias "SZCH" (Defendant No. 1) about this Motion. Counsel does not consent to the relief requested. Defendant seller alias "pretty Forever" (Defendant No. 2) has yet to surface.

The request to extend the TRO, continue the previously scheduled preliminary injunction hearing and the requested assert freeze are based upon this Motion and the concurrently filed Memorandum of Law.

July 17, 2024

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
Kevin B. Collins (*pro hac vice* pending)
Yuval Mor (*pro hac vice* pending)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
kcollins@cov.com
ymor@cov.com

Jonathan M. Sperling (*pro hac vice* pending)
Phillip A. Hill (*pro hac vice* pending)
Sara Dennis (*pro hac vice* pending)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
jsperling@cov.com
pahill@cov.com
sdennis@cov.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: /s/ *Connor Kelley*
Connor Kelley (VA Bar No. 93596)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001-4956
Tel: (202) 662-5628
Fax: (202) 778-5628
ckelley@cov.com

*Attorney for Plaintiff*