IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-1088 |
| ) | |
| THE INDIVIDUALS, CORPORATIONS,) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS, AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A ) | |
| HERETO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER is before the Court on Plaintiff Roadget Business Pte. Ltd.'s Motion for Preliminary Injunction. For the reasons stated from the bench, it is hereby

ORDERED that the Motion shall be GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

   a. reproducing, distributing copies of, making derivative works of, publicly displaying, or otherwise using the Roadget Copyrights or any reproductions, counterfeit

1

    copies, or colorable imitations thereof in any manner, including in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Roadget product or not authorized by Roadget to be sold in connection with the Roadget Copyrights; or

b. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Roadget, nor authorized by Roadget to be sold or offered for sale, that were distributed, marketed, advertised, offered for sale, or sold in connection with any of Roadget's copyrighted photographs, including the Roadget Copyrights.

2. Upon Roadget's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Temu (a "Third Party Provider"), shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Roadget Copyrights.

3. Roadget may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by sending an e-mail to any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "SZCH and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objection.

4. The Clerk of Court shall retain the funds or bond deposited in the Court Registry following the Temporary Restraining Order as security for the Preliminary Injunction. The amount has been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

5. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Eastern District of Virginia Local Rules. Any third party impacted by this Order may move for appropriate relief.

6.  The $10,000 bond posted by Roadget shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

                                                                            /s/ Claude M. Hilton  
                                                                            CLAUDE M. HILTON  
                                                                            UNITED STATES DISTRICT JUDGE

Alexandria, Virginia  
August 6, 2024