IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD.,   ) | |
|                       ) | |
|     Plaintiff,        ) | |
|                       ) | |
| v.                      ) | |
|                       ) | |
| THE INDIVIDUALS, CORPORATIONS,) | Civil Action No. 1:24-cv-1088 |
| LIMITED LIABILITY COMPANIES,  ) | |
| PARTNERSHIPS, AND          ) | |
| UNINCORPORATED ASSOCIATIONS  ) | |
| IDENTIFIED ON SCHEDULE A    ) | |
| HERETO,                 ) | |
|                       ) | |
|     Defendants.      ) | |

## ORDER

THIS MATTER comes before the Court on Defendant Shenzhen Chenhong Technology Co., Ltd.'s ("SZCH") Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5), or alternatively, to Compel Arbitration and Stay the Action.

It appearing to the Court that Defendant SZCH has been properly served pursuant to Fed. R. Civ. P. 4(f)(3) in compliance with this Court's August 6, 2024 Order and that SZCH has failed to meet its burden to compel arbitration under the Federal Arbitration Act, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED; it is further

ORDERED that Defendant's Motion to Compel Arbitration and Stay the Action is DENIED.

_Claude M. Hilton_

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 22 , 2024