UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>Defendants. | Case No.: 1:24-cv-01088-CMH-WEF |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT NO. 2**

Plaintiff Roadget Business Pte. Ltd. ("Roadget") respectfully moves, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for judgment by default in favor of Roadget against Guangzhoulinghaofushi Co., Ltd. ("Defendant No. 2"), for the reasons set forth in Roadget's accompanying Memorandum in Support of its Motion for Default Judgment.

October 29, 2024                                                  Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
Kevin B. Collins (*pro hac vice* pending)
Yuval Mor (*pro hac vice* pending)
Francoise Djoukeng (*pro hac vice* pending)
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: 202-662-6000
kcollins@cov.com
ymor@cov.com


Jonathan M. Sperling (*pro hac vice* pending)
Phillip A. Hill (*pro hac vice* pending)
Sara Dennis (*pro hac vice* pending)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
jsperling@cov.com
pahill@cov.com

Françoise N. Djoukeng (admitted *pro hac vice*)
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Tel: 650.632.4726
fdjoukeng@cov.com

*Attorneys for Plaintiff*
*Roadget Business Pte. Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                  By: /s/ *Connor Kelley*
                                  Connor Kelley (VA Bar No. 93596)
                                  COVINGTON & BURLING LLP
                                  One CityCenter
                                  850 10th Street NW
                                  Washington, DC 20001-4956
                                  Tel: (202) 662-5628
                                  Fax: (202) 778-5628
                                  ckelley@cov.com

                                  *Attorney for Plaintiff*