IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-1088 |
| ) | |
| ) | |
| GUANGZHOULINGHAOFUSHI CO., ) | |
| LTD., ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter comes before the Court on the Proposed Findings of Fact and Recommendations of the Magistrate Judge dated May 6, 2025.

Based on a de novo review of the evidence in this case, having reviewed the Proposed Findings of Fact and Recommendations, and having received no objections thereto, it appears to the Court that the Magistrate Judge's Proposed Findings of Fact and Recommendations is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge, and it is hereby

ORDERED that default judgment is entered against Defendant Guangzhoulinghaofushi Co., Ltd. ("Defendant No. 2") with respect to Plaintiff Roadget Business PTE. LTD's ("Plaintiff") claim of

1

copyright infringement in violation of 17 U.S.C. §§ 106 and 501 (Count I).

It is further ORDERED that $478.85, which constitute profits attributable to the infringement, be TRANSFERRED from Defendant No. 2's Temu account to Plaintiff.

It is further ORDERED that Plaintiff's request for pre-judgment interest is DENIED.

It is further ORDERED that Plaintiff's request for post-judgment interest, pursuant to 28 U.S.C. § 1961(a), is GRANTED.

It is further ORDERED that Plaintiff's request for a permanent injunction is GRANTED. Defendant No. 2 and Defendant No. 2's officers, agents, servants, employees, attorneys, and all persons in active concert and/or participation with any of them are RESTRAINED from:

a. reproducing, distributing copies of, making derivative works of, or publicly displaying Photograph No. 2 in any manner without Plaintiff's express authorization;

b. manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or disposing of, in any manner, products or inventory not manufactured by or for Plaintiff which are or were offered or sold in connection with Plaintiff's copyright of Photograph No. 2; and

c. upon Plaintiff's request, those with notice of this injunction, shall disable and cease displaying any advertisements used by or associated with Defendant No. 2's use of Photograph No. 2, including in connection with the promotion or sale of goods.

*[signature]*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 5, 2025